**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GUY SERGE A. FRANKIN, Individually and
on Behalf of All Others Similarly Situated,

　　　　　　　　　　　　　　Plaintiff,

　　　　　-v.-　　　　　　　　　　　　　　　　　Case No. 1:25-cv-02753 (GHW)

BAKKT HOLDINGS, INC., GAVIN
MICHAEL, ANDREW MAIN, and KAREN
ALEXANDER,

　　　　　　　　　　　　　　Defendants.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendant Bakkt

Holdings, Inc. ("Bakkt") states that Bakkt is a publicly traded corporation.  Bakkt has no parent

corporation, and 10% or more of Bakkt's stock is owned by Intercontinental Exchange Holdings,

Inc., a subsidiary of a publicly held corporation, Intercontinental Exchange, Inc.


Dated:　New York, New York　　　　　　　　**FRESHFIELDS US LLP**
　　　　　May 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Meredith Kotler*
　　　　　　　　　　　　　　　　　　　　　　　　Meredith Kotler
　　　　　　　　　　　　　　　　　　　　　　　　3 World Trade Center
　　　　　　　　　　　　　　　　　　　　　　　　175 Greenwich Street, 51st Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 277-4000
　　　　　　　　　　　　　　　　　　　　　　　　meredith.kotler@freshfields.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Bakkt Holdings, Inc.*