USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/6/2025___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GUY SERGE A. FRANKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>-v.-<br><br>BAKKT HOLDINGS, INC., GAVIN MICHAEL, ANDREW MAIN, and KAREN ALEXANDER,<br><br>           Defendants. | Case No. 1:25-cv-02753 (GHW) |

**STIPULATION AND ~~[PROPOSED]~~ ORDER TRANSFERRING CASE**
**TO NORTHERN DISTRICT OF GEORGIA**

WHEREAS, this Complaint was filed on April 2, 2025 by plaintiff Guy Serge A. Frankin;

WHEREAS, the Company that is the subject of the litigation, Bakkt Holdings, Inc., is headquartered in Atlanta, Georgia, located in the Northern District of Georgia;

WHEREAS, Defendants contend, and Plaintiff does not contest, that transfer of this case to the Northern District of Georgia will serve the convenience of parties and witnesses and will be in the interest of justice; and

WHEREAS, this action might properly have been brought in the Northern District of Georgia under the applicable venue provision, Section 27 of the Securities Exchange Act of 1934, 15 U.S.C. § 78aa(a);

**NOW THEREFORE**, the parties stipulate that the action shall be transferred to the Northern District of Georgia forthwith, and that the date for filing of lead plaintiff motions under the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4) shall remain unchanged.

Stipulated and agreed to on this 1st day of May 2025 by:

**GLANCY PRONGAY & MURRAY LLP**

 /s/ Rebecca Dawson
Rebecca Dawson
230 Park Ave, Suite 358
New York, NY 10169
Telephone: (213) 521-8007
rdawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Telephone: (310) 914-5007

*Counsel for Plaintiff*

**FRESHFIELDS US LLP**

 /s/ Meredith Kotler
Meredith Kotler
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000
meredith.kotler@freshfields.com

*Counsel for Defendants*

 The Clerk of Court is directed to transfer this case to the Northern District of Georgia without delay.

**SO ORDERED this  6th day of May, 2025**

Gregory H. Woods, U.S.D.J.

-2-